**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                    Case No: 3:06cr85/LAC
                                                            3:08cv119/LAC/MD

ROBERT EARL SIMPSON

---

## ORDER

The defendant has filed a notice of appeal (doc. 83) which this court construes as a request for a certificate of appealability.[1] Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and for the reasons set forth in this court's August 22, 2008 order (doc. 81) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on August 8, 2008 (doc. 79) over defendant's objection, his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis.* Because the court finds that the appeal is not taken in good faith and defendant is not otherwise entitled to so proceed, in the event that he did file such a motion, leave to so proceed

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).

should also be denied.  Fed.R.App.P. 24(a)(3).  Defendant shall pay the $455.00 filing fee

within thirty days.

      **ORDERED** on this 11th day of September, 2008.


            s/*L. A. Collier*
                Lacey A. Collier
        Senior United States District Judge